```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 03-10333-JLT |
| v. ) | |
| ) | |
| DALE R. BERNARD, ) | |
|     Defendant ) | |
| ) | |

**Government's Assented-To Motion To Continue
Status Conference As To Defendant Dale Bernard
And To Exclude Time Under The Speedy Trial Act**

    The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby files this assented-to motion to continue the status conference as to defendant Dale Bernard and to exclude time under the Speedy Trial Act.  The government requests that the Court continue the status conference from Tuesday, July 20, 2004 to a date convenient to the Court during the week of August 9, 2004.

    In support of this request, the government states that, at the arraignment of this defendant, the Court scheduled the Initial Status Conference for Tuesday, July 20, 2004.  The undersigned government counsel has recently undergone a change in his duties and responsibilities within the United States Attorney's Office, which change requires counsel to attend a national drug conference in Washington, D.C. from July 19 through July 22, 2004.  Accordingly, government counsel will be unavailable on July 20.

The parties are still in the middle of the discovery process and, in all likelihood, would have needed a continuance in any event in order to have a meaningful conference with the Court. The parties have also engaged in discussions which may lead to a resolution of this case short of trial and need additional time to complete those discussions.

Counsel for the defendant has assented to the allowance of this motion but requests that the matter be continued to the week of August 9, 2004 due to his vacation schedule. The defendant is presently at an inpatient drug treatment program and will not be prejudiced by the allowance of this motion.

The government therefore respectfully requests that the Court continue the Initial Status Conference as to defendant Dale Bernard from July 20, 2004 to a date convenient to the Court during the week of August 9, 2004. The government additionally requests that the Court exclude the intervening time under the Speedy Trial Act as the ends of justice served by allowing the parties additional time within which to review and prepare the case outweigh the interests of the public and the defendant in a speedy trial.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                             By:   /s/Michael J. Pelgro
                                    Michael J. Pelgro
                                    Assistant U.S. Attorney

DATED:    July 18, 2004.