# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS _Massachusetts_

UNITED STATES OF AMERICA

v.

DALE R. BERNARD

**WARRANT FOR ARREST**
Case Number: 03-10333-JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Dale R. Bernard__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

INDICTMENT  X INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

conspiracy to distribute methamphetamine and distribution of methamphetamine

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__

Catherine M. Gawlik
Name of Issuing Officer

Catherine M. Gawlik
Signature of Issuing Officer

__Supervisor__
Title of Issuing Officer

__3-24-04__           __Boston, MA__
Date and Location

Bail fixed at $ _____   BY _____

---

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

| DATE RECEIVED | WARRANT EXECUTED BY __DEA__ NAME AND TITLE OF ARRESTING OFFICER BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON __6/3/04__ | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

**DEFENDANT'S NAME:** Dale R. Bernard

**ALIAS:** "Chip"

**LAST KNOWN RESIDENCE:** 36 Gale Street, Malden, MA

**LAST KNOWN EMPLOYMENT:** Unknown

**PLACE OF BIRTH:** Lawrence, MA

**DATE OF BIRTH:** 1963

**SOCIAL SECURITY NUMBER:** 1531

**HEIGHT:** 6'3"    **WEIGHT:** 220 lbs.

**SEX:** Male    **RACE:** Caucasion

**HAIR:** Brown    **EYES:** Green

**SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:**


**FBI NUMBER:** 377515EB3

**COMPLETE DESCRIPTION OF AUTO:** 1999 brown Infiniti I30 - 60972P

1998 green Nissan Altima - 93CY19

**INVESTIGATIVE AGENCY AND ADDRESS:** DEA - Boston, MA

Postal - Boston, MA