UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10333-JLT

UNITED STATES OF AMERICA

v.

DALE R. BERNARD

## FURTHER ORDER ON EXCLUDABLE TIME

August 24, 2004

DEIN, M.J.

An Initial Status Conference was scheduled before this Court for August 24, 2004. The parties, through counsel, appeared and requested a continuance due to scheduling conflicts having made it impossible for them to confer prior to the conference. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

August 24, 2004 - September 24, 2004

that being the period between the Initial Status Conference as originally scheduled and the Conference as rescheduled.

Based upon the prior orders of the court dated June 8, 2004 and July 19, 2004, and this order, at the time of the Initial Status Conference on September 24, 2004, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (July

7, 2004 - July 19, 2004) and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

**The Initial Status Conference has been rescheduled for September 24, 2004 at 10:00 a.m.  Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference**.  **In addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

                                                  / Judith Gail Dein  
                                                  JUDITH GAIL DEIN  
                                                  United States Magistrate Judge