UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10333-JLT

UNITED STATES OF AMERICA

v.

DALE R. BERNARD

## FURTHER ORDER ON EXCLUDABLE TIME

September 24, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

September 24, 2004 - November 9, 2004

that being the period between the Initial Status Conference and Final Status Conference.

Based upon the prior orders of the court dated May 13, 2004 (Carlow), June 8, 2004, July 19, 2004, August 24, 2004 and this order, at the time of the Final Status Conference on November 9, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

                                                 / s / Judith Gail Dein
                                                 JUDITH GAIL DEIN
                                                 United States Magistrate Judge