UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )      CRIMINAL NO. 03-10333-JLT
        v.                    )
                              )
DALE R. BERNARD,              )
        Defendant             )
                              )

**PARTIES' JOINT MEMORANDUM CONCERNING
INITIAL STATUS CONFERENCE**

The United States of America, by Michael J. Sullivan,

United States Attorney, and Michael J. Pelgro, Assistant U.S.

Attorney, and defendant ~~Gary D. Carlow~~ Dale Bernard, by his attorney,

hereby file this joint memorandum concerning the initial

status conference in the above-captioned action.

**Local Rule 116.5 (A)(1)**

The parties are not seeking relief from the otherwise

applicable timing requirements imposed by Local Rule 116.3.

**Local Rule 116.5(A)(2)**

The government has notified the defendant that it intends

to call a forensic chemist as an expert witness and has

provided the defendant with reports signed by the chemist.

Both parties are requesting discovery concerning expert

witnesses and request that the Court set a date for the

provision of discovery materials by both parties pursuant to

Fed. R. Crim. P. 16(a)(1)(G) and (b)(1)(C).

**Local Rule 116.5 (A(3)**

The government does not anticipate providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests.

**Local Rule 116.5(A)(4)**

The defendant not waiving his right to file dispositive motions, including motions to suppress and/or to sever, a motion date should be established pursuant to Fed. R. Crim. P. 12(c).

**Local Rule 116.5(A)(5)**

The parties believe that the following periods should be excluded under the Speedy Trial Act:

- 6/3/04                    Initial appearance of defendant;

- 6/3/04-6/28/04            Government's motion for detention;

- 6/8/04-7/6/04             Excluded by the Court on June 8, 2004 pursuant to Local Rule 112.2(A)(2);

- 5/13/04-7/21/04           Government's sealed motion as to co-defendant Gary Carlow;

- 7/18/04-7/19/04           Government's motion to continue Initial Status Conference as to defendant Dale Bernard;

- 7/20/04-8/24/04           Ordered excluded by the Court on 7/19/04; and

- 8/24/04-9/24/04           Ordered excluded by the Court on 8/24/04.

2

**Local Rule 116.5(A)(6)**

At this time, the parties do not anticipate that a trial is necessary and are in the process of discussing a resolution short of trial.

**Local Rule 116.5(A)(7)**

The parties request that the Court set a date for an interim status conference and that the Court exclude the intervening time pursuant to the Speedy Trial Act.

Respectfully submitted,

DALE R. BERNARD
By his attorney

MICHAEL J. SULLIVAN
United States Attorney

R. Bradford Bailey
Denner Associates

By: Michael J. Pelgro
    Assistant U.S. Attorney

DATED:     September 24, 2004.

3