UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10333-JLT

UNITED STATES OF AMERICA

v.

DALE R. BERNARD

## FURTHER ORDER ON EXCLUDABLE TIME

November 9, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 9, 2004 - November 23, 2004

that being the period between the Interim Status Conference and Final Status Conference.

Based upon the prior orders of the court dated May 13, 2004 (Carlow), June 8, 2004, July 19, 2004, August 24, 2004, September 24, 2004 and this order, at the time of the Final Status Conference on November 23, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge