UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10333-JLT

UNITED STATES OF AMERICA

v.

DALE R. BERNARD

**FINAL STATUS REPORT**

November 23, 2004

DEIN, M.J.

A Final Status Conference was held before this court on November 23, 2004 in

accordance with Local Rule 116.5(C).  Based on that conference, the court enters the

following Final Status Report in accordance with Local Rule 116.5(D):

1.    At this point, it appears that a plea is likely, but an agreement has not been finalized.

2.    Discovery is completed.  There are no pending or anticipated discovery issues to be resolved by the court.

3.    The defendant has reserved the right to file dispositive motions.  All such motions are to be filed by January 14, 2005.

4.    Based upon the prior orders of the court dated May 13, 2004 (Carlow), June 8, 2004, July 19, 2004, August 24, 2004, September 24, 2004 and November 9, 2004, there are zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.  The court has on this date entered a further order on excludable time excluding the period from today through January 14, 2005 to allow the defendant time to prepare his dispositive motions.  The filing of such motions shall result in a further period of excludable time.

5.    It is estimated that if the case goes to trial, the trial will last 5 days.

6.    The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.


_____/ s / Judith Gail Dein_____
Judith Gail Dein
United States Magistrate Judge