UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
03-10333-JLT

UNITED STATES OF AMERICA

V.

DALE R. BERNARD

Now comes the defendant, Dale R. Bernard, in the above-entitled matter and moves that this Honorable Court grant him leave to travel, with his parents, to his maternal grandmother's, Ms. Ruth S. Piquette, wake on Friday evening, November 26, 2004, in Laconia, New Hampshire and funeral in Laconia, New Hampshire on Saturday November 27, 2004, following which the defendant would return to the Miller House in Falmouth, Massachusetts on Saturday evening, November 27, 2004.

Respectfully Submitted,
Dale R. Bernard
By His Attorney:

Daniel W. O'Malley
BBO # 547483
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114

Dated: November 24, 2004