UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 03-10333-JLT |
| | ) | |
| DALE R. BERNARD | ) | |

## MOTION TO PERMIT PRE-PLEA INVESTIGATION REPORT

Dale Bernard ("the defendant"), by and through undersigned counsel, hereby moves this court to permit a Pre-Plea Investigation Report in this matter. Although the court has scheduled this matter for a hearing in accordance with Rule 11 of the Federal Rules of Criminal Procedure, the defendant, after consultation with the government, believes that a pre-plea investigation report will better enable the court to render an appropriate sentence in this matter. The defendant in this case still intends to plead guilty following the completion of the Pre-Plea Investigation Report.

WHEREFORE, the defendant asks this to enter an order directing the United States Probation Office to prepare a pre-plea investigation report and rescheduling the Rule 11 Hearing to a date following the completion of the report.

Dated: June 15, 2005

Respectfully submitted,
DALE R. BERNARD,
By his attorneys,

/s/ **Brad Bailey**
_____
Daniel W. O'Malley, BBO#547483
Brad Bailey, BBO#549749
Gary G. Pelletier, BBO#631732
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800