AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

APPEARANCE

CASE NUMBER: 03-10333 JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Dale Bernard

06-16-05
_____
Date

_____
Signature

Daniel W. O'Malley
Print Name

4 Longfellow Place
Address

Boston    MA    02114
City        State    Zip Code

(617) 227-2800
Phone Number