AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF Massachusetts

## APPEARANCE

CASE NUMBER: 03-10333-02-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Dale Bernard

6/16/05
Date

Signature: *Gary G. Pelletier*

Print Name: Gary G. Pelletier

Address: Denner O'Malley, LLP
Four Longfellow Place, 35th Floor

City: Boston   State: MA   Zip Code: 02114

Phone Number: (617) 227-2800