# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. |
| | ) | 03-10333-JLT |
| v. | ) | |
| | ) | |
| **DALE BERNARD et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF APPEARANCE**

Please take note that Nancy Rue, Assistant United States Attorney for the District of Massachusetts, will be appearing on behalf of the United States of America in this action.

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

            By:   /s/ Nancy Rue
                    NANCY RUE
                    Assistant U.S. Attorney