UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DALE BERNARD )<br>) | Crim. No. 03-10333-JLT |

**ASSENTED TO**
**MOTION TO CONTINUE SENTENCING HEARING**

Defendant Dale Bernard ("the defendant"), by and through undersigned counsel, hereby respectfully moves that this Honorable Court enter an order continuing his sentencing hearing for thirty (30) days. The court has currently scheduled the sentencing hearing in this matter for 10:30 a.m. on March 28, 2006.

The defendant maintains that a continuance of the sentencing hearing is essential for the reasons stated as follows:

1. The defendant hired Attorney Daniel W. O'Malley to represent him in this matter;

2. Attorney O'Malley has a trial in state court previously scheduled on March 27, 2006, which may last two days;

3. The Regional Administrative Judge in the state court system has assigned a special justice to preside over the trial, which effectively precludes Attorney O'Malley from obtaining a continuance;

4. Attorney O'Malley also has matters previously scheduled for <u>trial</u> in state court on March 28, 2006 and March 29, 2006; and,

5. While undersigned counsel, who previously worked as Attorney O'Malley's partner, plans to assist Attorney O'Malley and present the arguments in this matter, the defendant specifically hired Attorney O'Malley to represent him and requests his presence at the sentencing hearing.

Neither party will suffer any prejudice if the court allows this motion for a brief continuance. In fact, the government specifically **<u>assents</u>** to this motion. A denial of this motion, however, will cause the defendant to suffer severe prejudice wrought from the absence of his primary attorney.

WHEREFORE, the defendant respectfully requests that this Honorable Court grant this motion and order a 30 day continuance of this defendant's sentencing hearing.

Dated: March 26, 2006

Respectfully submitted,
DALE BERNARD
By his attorneys,

/s/ Gary G. Pelletier
_____
Gary G. Pelletier, BBO#631732
DENNER ASSOCIATES, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800