UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>DALE BERNARD )<br>) | Crim. No. 03-10333-JLT |

## MOTION FOR PROTECTIVE ORDER

Undersigned Counsel for Defendant Dale Bernard ("the defendant") hereby respectfully moves this Honorable Court to enter a protective order to allow him to appear for the Sentencing Hearing in this matter currently set for 2:00 p.m. tomorrow. As the basis for this motion, Undersigned Counsel notes that he has a matter reached for trial tomorrow in the New Bedford District Court. The matter set for trial is <u>Commonwealth v. Michael Santos</u>, 0433CR3862. Undersigned counsel requests the protective order because he cannot physically appear at two matters scheduled on the same day. Absent the protective order, the defendant will suffer serious prejudice because he will not have an attorney present to represent him at his Sentencing Hearing. Undersigned counsel, therefore, needs the protective order to excuse his presence from his obligations in New Bedford District Court.

WHEREFORE, the defendant respectfully requests that this Honorable Court allow this motion and grant him the requested protective order.

Dated: April 26, 2006

Respectfully submitted,
DALE BERNARD
By his attorneys,

/s/ Gary G. Pelletier
_____
Gary G. Pelletier, BBO#631732
DENNER ASSOCIATES, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800