UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ ) | | |
| UNITED STATES OF AMERICA ) | | |
| ) | Crim. No. 03-10333-JLT | |
| v. ) | | |
| ) | | |
| DALE BERNARD ) | | |
| _____) | | |

## NOTICE OF APPEAL

Defendant Dale Bernard ("the defendant") hereby notifies this Honorable Court of his appeal to the United States Court of Appeals for the First Circuit of all issues arising from the sentencing in this matter. This Court sentenced the defendant to a term of imprisonment of 87 months following a sentencing hearing held before the Honorable Joseph L. Tauro on April 27, 2006. The Court entered its judgment and conviction order in this matter on May 2, 2006. The defendant appeals all issues arising from the sentencing hearing and the sentenced imposed by the Court.

Dated: May 2, 2006

Respectfully submitted,
DALE BERNARD
By his attorneys,

/s/ Gary G. Pelletier
_____
Gary G. Pelletier, BBO#631732
DENNER ASSOCIATES, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800