UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                   )
UNITED STATES OF AMERICA                     )
                                                                   )      Crim. No. 03-10333-JLT
v.                                                                  )
                                                                   )
DALE BERNARD                                          )
_____)

## MOTION TO EXTEND REPORTING DATE

Defendant Dale Bernard ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court to extend his deadline for reporting to the custody of the United States Marshal from May 15, 2006 to June 16, 2006.  As the basis for this motion, the defendant avers that the United States Bureau of Prisons ("BOP") will not complete its classification process for the defendant until at least early June.  If the defendant reports to the United States Marshal prior to the completion of the classification process, BOP will likely house him at the Plymouth County House of Corrections before shipping him to a holding facility in Oklahoma City, Oklahoma while he awaits classification.  By extending his reporting date thirty (30) days, however, BOP likely will have sufficient time to complete its classification process.  The defendant then can avoid the hardship of waiting in a holding cell in Oklahoma, and he can report directly to his designated BOP facility.  Allowing the defendant to report directly to his designated BOP facility also will avoid the additional expense incurred by transporting him to Oklahoma.

Beyond the hardship and expense resulting from waiting in a holding cell in Oklahoma, the defendant also needs additional time to place his personal affairs in order before reporting to begin an 87 month prison sentence. The defendant requests only a brief thirty (30) day extension of his reporting date. No party will suffer any prejudice if the Court allows this brief extension.

WHEREFORE, the defendant asks the Court to allow this motion and enter an order extending his reporting date to June 16, 2006.

Dated: May 9, 2006

Respectfully submitted,
DALE BERNARD
By his attorneys,

/s/ Gary G. Pelletier
_____
Gary G. Pelletier, BBO#631732
DENNER ASSOCIATES, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800