APPEAL, MAG

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-10333-JLT-ALL

Case title: USA v. Carlow
Magistrate judge case number: 1:03-mj-01123-JGD

Date Filed: 10/29/2003

Assigned to: Judge Joseph L.
Tauro

## Defendant

**Gary D. Carlow** (1)
*TERMINATED: 05/24/2006*

represented by **Austin Scott O'Toole**
18 Tremont Street
Boston, MA 02108
*TERMINATED: 10/29/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**James R. Rosencranz**
Faneuil Hall Marketplace Center-
3 North
200 State Street
Boston, MA 02109-2612
617-367-9300
Fax: 617-367-9713
Email: jamie@rosencranz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

## Disposition

The defendant is to be imprisoned
for a total term of a year and a
day. The court recommends to the
Bureau of Prisons that the
sentence be served in a
community confinement center.

21:846 Conspiracy to Distribute
and to Possess with Intent to
Distribute Methamphetamine
(1s)

The defendant shall surrender for
service of sentence at the
institution designated by the
Bureau of Prisons before 2 PM on
July 10, 2006. Upon release from
imprisonment, the defendant shall
be on supervised release for a
term of 3 years. The defendant
shall not possess a firearm,
ammunition, destructive device,
or any other dangerous weapon.
The defendant shall cooperate in
the collection of DNA as directed
by the probation officer. The
standard conditions of supervision
shall apply. The defendant shall
participate in a substance abuse
treatment program as directed by
the US Probation Office. A
special assessment fee of $800.00
and a fine of $15,000.00 are to be
paid.

21:841(a)(1) Distribution of
Methamphetamine
(2s-6s)

The defendant is to be imprisoned
for a total term of a year and a
day. The court recommends to the
Bureau of Prisons that the
sentence be served in a
community confinement center.
The defendant shall surrender for
service of sentence at the
institution designated by the
Bureau of Prisons before 2 PM on
July 10, 2006. Upon release from
imprisonment, the defendant shall
be on supervised release for a
term of 3 years. The defendant
shall not possess a firearm,
ammunition, destructive device,
or any other dangerous weapon.
The defendant shall cooperate in
the collection of DNA as directed
by the probation officer. The
standard conditions of supervision

shall apply. The defendant shall participate in a substance abuse treatment program as directed by the US Probation Office. A special assessment fee of $800.00 and a fine of $15,000.00 are to be paid.

The defendant is to be imprisoned for a total term of a year and a day. The court recommends to the Bureau of Prisons that the sentence be served in a community confinement center. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 PM on July 10, 2006. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA as directed by the probation officer. The standard conditions of supervision shall apply. The defendant shall participate in a substance abuse treatment program as directed by the US Probation Office. A special assessment fee of $800.00 and a fine of $15,000.00 are to be paid.

21:841(a)(1) Possession of Methamphetamine with Intent to Distribute
(7s)

The defendant is to be imprisoned for a total term of a year and a day. The court recommends to the Bureau of Prisons that the sentence be served in a community confinement center. The defendant shall surrender for

service of sentence at the institution designated by the Bureau of Prisons before 2 PM on July 10, 2006. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA as directed by the probation officer. The standard conditions of supervision shall apply. The defendant shall participate in a substance abuse treatment program as directed by the US Probation Office. A special assessment fee of $800.00 and a fine of $15,000.00 are to be paid.

21:844(a) Possession of Gamma-Hydroxybutyrate
(8s)

## Highest Offense Level (Opening)

Felony

## Terminated Counts

21:846 CONSPIRACY TO DISTRIBUTE and to Possesss with Intent to Distribute Methamphetamine
(1)

21:841(a)(1) Distribution of Methamphetamine
(2-6)

## Disposition

Disposed.

Disposed

## Highest Offense Level (Terminated)

Felony

**Complaints**                          **Disposition**

21:841(a)(1) distribution of
methamphetamine

---

Assigned to: Judge Joseph L.
Tauro

## Defendant

**Dale R. Bernard** (2)              represented by **Daniel W. O'Malley**
*TERMINATED: 05/01/2006*                Law Offices of Daniel W.
                                        O'Malley
                                        1266 Furnace Brook Parkway
                                        Quincy, MA 02169
                                        617-770-3400
                                        Fax: 617-773-0700
                                        Email:
                                        domalley@domalleylaw.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*
                                        *Designation: Retained*

                                        **Gary G. Pelletier**
                                        Denner O'Malley LLP
                                        Four Longfellow Place
                                        Suite 3501
                                        Boston, MA 02114
                                        617-227-2800
                                        Fax: 617-973-1562
                                        Email:
                                        gpelletier@dennerassociates.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*
                                        *Designation: Retained*

                                        **Jeffrey A. Denner**
                                        Denner O'Malley LLP
                                        Four Longfellow Place
                                        Suite 3501
                                        Boston, MA 02114
                                        617-227-2800
                                        Fax: 617-973-1562
                                        Email:

jdenner@dennerassociates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**R. Bradford Bailey**
Denner O'Malley LLP
Four Longfellow Place
Suite 3501
Boston, MA 02114
617-227-2800
Fax: 617-973-1562
Email:
bbailey@dennerassociates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

## Disposition

The defendant is to be imprisoned
for a total term of 87 months. The
court makes the following
recommendations: (1) That the
defendant serve this sentence in a
facility in the Northeast Region.
(2) That the defendant participate
in the 500 hour drug treatment
program. The defendant shall
surrender for service of sentence
at the institution designated by the
Bureau of Prisons before 2:00 PM
on 05/15/2006. Upon release from
imprisonment, the defendant shall
be on supervised release for a
term of 5 years. The drug testing
condition is suspended, based on
the court's determination that the
defendant poses a low risk of
future substance abuse. The
defendant shall not possess a
firearm, ammunition, destructive
device, or any other dangerous

21:846 Conspiracy to Distribute

and to Possess with Intent to
Distribute Methamphetamine
(1)

weapon. The defendant shall
cooperate in the collection of
DNA as directed by the probation
officer. The standard conditions of
probation shall apply. The
defendant shall refrain from any
unlawful use of a controlled
substance. The defendant shall
submit to one drug test within 15
days of release from
imprisonment and at least two
periodic drug tests thereafter, not
to exceed 104 tests per year, as
directed by the US Probation
Office. The defendant is to
participate in a program for
substance abuse counseling as
directed by the US Probation
Office. The defendant shall be
required to contribute to the costs
of services for such treatment
based on the ability to pay or
availability of third party
payment. A special assessment fee
of $700.00 is to be paid.

The defendant is to be imprisoned
for a total term of 87 months. The
court makes the following
recommendations: (1) That the
defendant serve this sentence in a
facility in the Northeast Region.
(2) That the defendant participate
in the 500 hour drug treatment
program. The defendant shall
surrender for service of sentence
at the institution designated by the
Bureau of Prisons before 2:00 PM
on 05/15/2006. Upon release from
imprisonment, the defendant shall
be on supervised release for a
term of 5 years. The drug testing
condition is suspended, based on
the court's determination that the

21:841(a)(1) Distribution of
Methamphetamine
(9-14)

defendant poses a low risk of
future substance abuse. The
defendant shall not possess a
firearm, ammunition, destructive
device, or any other dangerous
weapon. The defendant shall
cooperate in the collection of
DNA as directed by the probation
officer. The standard conditions of
probation shall apply. The
defendant shall refrain from any
unlawful use of a controlled
substance. The defendant shall
submit to one drug test within 15
days of release from
imprisonment and at least two
periodic drug tests thereafter, not
to exceed 104 tests per year, as
directed by the US Probation
Office. The defendant is to
participate in a program for
substance abuse counseling as
directed by the US Probation
Office. The defendant shall be
required to contribute to the costs
of services for such treatment
based on the ability to pay or
availability of third party
payment. A special assessment fee
of $700.00 is to be paid.

**Highest Offense Level
(Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level
(Terminated)**

None

## Complaints

None

## Disposition

## Plaintiff

**USA**

represented by **Michael J. Pelgro**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3965
Email: michael.pelgro@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Rue**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3260
Fax: 617-748-3965
Email: nancy.rue@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2003 | 1 | COMPLAINT as to Gary D. Carlow (1). (Flaherty, Elaine) [1:03-mj-01123-JGD] (Entered: 10/16/2003) |
| 10/09/2003 | 2 | Arrest Warrant Issued as to Gary D. Carlow. (Flaherty, Elaine) [1:03-mj-01123-JGD] (Entered: 10/16/2003) |
| 10/10/2003 | | Arrest Warrant Returned Executed on 10/10/03. as to Gary D. Carlow. (Flaherty, Elaine)[1:03-mj-01123-JGD] (Entered: 10/16/2003) |

| 10/10/2003 | ❂ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Gary D. Carlow held on 10/10/2003; AUSA Pelgro for the Govt. and Attorney Austin O'Toole for the Dft.; the Dft is released on $50K uns [1:03ecured Bond with conditions; PC hearing is set for 10/29/03 @ 2:00pm (Court Reporter DR.) (Quinn, Thomas) [1:03-mj-01123-JGD] (Entered: 10/22/2003) |
|---|---|---|
| 10/10/2003 | ❂5 | Appearance Unsecured Bond Entered as to Gary D. Carlow in amount of $ 50,000.00, (Quinn, Thomas)[1:03-mj-01123-JGD] (Entered: 10/29/2003) |
| 10/10/2003 | ❂6 | Judge Judith G. Dein : ORDER entered ORDER Setting Conditions of Release (Quinn, Thomas)[1:03-mj-01123-JGD] (Entered: 10/29/2003) |
| 10/28/2003 | ❂3 | MOTION to Withdraw as Attorney by Austin Scott O'Toole. as to Gary D. Carlow . c/s (Filo, Jennifer)[1:03-mj-01123-JGD] (Entered: 10/29/2003) |
| 10/28/2003 | ❂4 | NOTICE OF ATTORNEY APPEARANCE: James R. Rosencranz appearing for Gary D. Carlow, filed. c/s (Filo, Jennifer)[1:03-mj-01123-JGD] (Entered: 10/29/2003) |
| 10/29/2003 | ❂ | Judge Judith G. Dein : Electronic ORDER entered granting 3 Austin Scott O'Toole's Motion to Withdraw as Attorney for Gary D. Carlow (1) (Dambrosio, Jolyne)[1:03-mj-01123-JGD] (Entered: 10/29/2003) |
| 10/29/2003 | ❂8 | Judge Judith G. Dein : ORDER entered SCHEDULING ORDER as to Gary D. Carlow Initial Status Conference set for 12/9/2003 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 10/30/2003) |
| 10/29/2003 | ❂ | Attorney update in case as to Gary D. Carlow. Attorney Austin Scott O'Toole terminated. (Dambrosio, Jolyne) (Entered: 10/30/2003) |
| 10/29/2003 | ❂9 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Gary D. Carlow Time excluded from 10/29/03 until 11/26/03. (Dambrosio, Jolyne) (Entered: 10/30/2003) |
| 10/29/2003 | ❂10 | MOTION to Seal as to Gary D. Carlow . (Smith, Dianne) (Entered: 10/30/2003) |
| 10/29/2003 | ❂11 | MOTION (Miscellaneous Relief) re [10] MOTION to Seal as |

| | | |
|---|---|---|
| | | to Gary D. Carlow . (Smith, Dianne) (Entered: 10/30/2003) |
| 10/29/2003 | ❂ | Judge Judith G. Dein : Endorsement on motion ORDER entered granting [10] Motion to Seal as to Gary D. Carlow (1) (Smith3, Dianne) (Entered: 10/30/2003) |
| 10/29/2003 | ❂12 | Judge Judith G. Dein : ORDER entered denying [11] Motion for Miscellaneous Relief as to Gary D. Carlow (Dambrosio, Jolyne) (Entered: 10/30/2003) |
| 10/29/2003 | ❂ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Gary D. Carlow (1) Count 1,2-6 held on 10/29/2003; AUSA Pelgro for the Govt., Attorney James Rosencranz for the Dft.; the Dft pleads Not Guilty and will proceed with automatic discovery; USMJ Dein sets 1st status conference for 12/9/03 @ 10:00am (Court Reporter DR.) (Quinn, Thomas) (Entered: 11/07/2003) |
| 10/30/2003 | ❂7 | INDICTMENT as to Gary D. Carlow (1) count(s) 1, 2-6. (Gawlik, Cathy) (Entered: 10/30/2003) |
| 10/31/2003 | ❂14 | NOTICE-EMERGENCY NOTICE OF APPEAL OF DEFENDNAT, Gary D. Carlow re [12] Judge Dein's Order on Motion for Miscellaneous Relief....SEE JUDGE TAURO'S ORDER Entry # 13which Affirms Judge Dein's Order Entry # [12]... c/s (Spencer, Sherry) (Entered: 11/10/2003) |
| 10/31/2003 | ❂15 | MOTION of Defendant Gary D. Carlow, Pursuant to L.R. 7.2 To Impound Notice of Appeal from Magistrate Judge's Denial of Motion to Detain Material Witness and Take Deposition re 14 Emergency Notice of Appeal.. c/s (Spencer, Sherry) Modified on 11/10/2003 (Spencer, Sherry). (Entered: 11/10/2003) |
| 10/31/2003 | ❂16 | EMERGENCY MOTION of Defendant Gary D. Carlow To Detain Material Witness pending district court's Ruling on the emergency Appeal of Magistrate Judge's Denial of Motion to Detain and take depostion of Material witness re 14 Notice (EMERGENCY NOTICE OF APPEAL).C/S (Spencer, Sherry) (Entered: 11/10/2003) |
| 11/03/2003 | ❂13 | Judge Joseph L. Tauro : ORDER entered... After an emergency hearing on November 3, 2003, the court hereby orders that; 1. Magistrate Judge Dein's Order on Motion to detain material Witness and for Deposition of Said Witness [#12] is AFFIRMED..CC/CL (Spencer, Sherry) (Entered: 11/06/2003) |

Case 1:03-cr-10333-JLT-2    Document 91-2    Page 12 of 26

| 11/19/2003 | ⊕17 | NOTICE re automatic disclosure as to Gary D. Carlow (Spencer, Sherry) (Entered: 11/21/2003) |
| 12/08/2003 | ⊕20 | Government's MOTION for Extension of Time to December 8, 2003 to File Joint Memorandum Concerning Initial Status Conference as to Gary D. Carlow by USA. c/s (Spencer, Sherry) (Entered: 12/15/2003) |
| 12/09/2003 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Gary D. Carlow held on 12/9/2003; the parties report case status; discovery motions due on 1/20/04 and next status conference is set for 1/21/04 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 12/09/2003) |
| 12/09/2003 | ⊕18 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Gary D. Carlow Status Conference set for 1/21/2004 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 12/10/2003) |
| 12/09/2003 | ⊕19 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Gary D. Carlow Time excluded from 12/9/03 until 1/21/04. (Quinn, Thomas) (Entered: 12/10/2003) |
| 12/09/2003 | ⊕21 | Parties' Joint Memorandum regarding Initial Status Conference as to Gary D. Carlow (Spencer, Sherry) (Entered: 12/15/2003) |
| 12/10/2003 | ❏ | Judge Joseph L. Tauro : ELECTRONIC ORDER entered GRANTING 20 Motion for Extension of Time to File as to Gary D. Carlow (1)..CC/CL (Spencer, Sherry) (Entered: 12/15/2003) |
| 01/22/2004 | ⊕22 | ASSENTED TO MOTION to Continue Status Conferenceas to Gary D. Carlow. (Dambrosio, Jolyne) (Entered: 02/02/2004) |
| 01/29/2004 | ⊕24 | Government's MOTION for Excludable Delay from January 22, 2004 to February 5, 2004 as to Gary D. Carlow by USA. c/s (Spencer, Sherry) (Entered: 02/05/2004) |
| 02/02/2004 | ❏ | Judge Judith G. Dein : Electronic ORDER entered granting 22 Motion to Continue as to Gary D. Carlow (1). The status conference is rescheduled to 2/5/04 at 2:45 P.M. (Dambrosio, Jolyne) (Entered: 02/02/2004) |
| 02/02/2004 | ⊕23 | Judge Judith G. Dein : ORDER ON EXCLUDABLE DELAY entered as to Gary D. Carlow. Time excluded from 1/21/04 |

| | | |
|---|---|---|
| | | until 2/5/04. (Dambrosio, Jolyne) (Entered: 02/02/2004) |
| 02/02/2004 | 25 | Governemt's MOTION to Continue State Conference to Sometime after February 8, 2004 And to Exclude Time Under he Speedy Trial Act...as to Gary D. Carlow . c/s(Spencer, Sherry) (Entered: 02/10/2004) |
| 02/09/2004 | ● | Judge Joseph L. Tauro : ENDORSED ORDER entered GRANTING 24 Motion to Exclude as to Gary D. Carlow (1)......CC/CL (Spencer, Sherry) (Entered: 02/10/2004) |
| 02/10/2004 | 26 | MOTION to Travel as to Gary D. Carlow. (Dambrosio, Jolyne) (Entered: 02/11/2004) |
| 02/10/2004 | ● | Judge Judith G. Dein : Electronic ORDER entered granting 25 Motion to Continue as to Gary D. Carlow (1). The status conference is rescheduled to 2/25/04 at 3:00 P.M. (Dambrosio, Jolyne) (Entered: 02/11/2004) |
| 02/11/2004 | 27 | Judge Judith G. Dein : ORDER ON EXCLUDABLE DELAY entered as to Gary D. Carlow. Time excluded from 2/5/04 until 2/25/04. (Dambrosio, Jolyne) (Entered: 02/11/2004) |
| 02/11/2004 | ● | Judge Judith G. Dein : Electronic ORDER entered granting 26 Motion to Travel as to Gary D. Carlow (1), provided that the defendant notifies Pre-trial Services before his departure where he will be staying in New York. (Dambrosio, Jolyne) (Entered: 02/11/2004) |
| 02/26/2004 | 28 | Assented to MOTION to Continue status conference to 3/16/04and for Extension of Time to 3/15/04 fordiscovery motions, reciprocal discovery, notice of alibi and expert discovery as to Gary D. Carlow. . (Bell, Marie) (Entered: 02/27/2004) |
| 03/01/2004 | ● | Judge Judith G. Dein : Electronic ORDER entered granting 28 Motion to Continue as to Gary D. Carlow (1); granting 28 Motion for Extension of Time as to Gary D. Carlow (1) (Quinn, Thomas) (Entered: 03/02/2004) |
| 03/01/2004 | 29 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Gary D. Carlow Time excluded from 2/25/04 until 3/16/04. (Quinn, Thomas) (Entered: 03/02/2004) |
| 03/16/2004 | 30 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Gary D. Carlow. Status Conference set for 5/13/2004 02:30 |

| | | |
|---|---|---|
| | | PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 03/16/2004) |
| 03/16/2004 | ❏31 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Gary D. Carlow. Time excluded from 3/16/04 until 5/13/04. (Dambrosio, Jolyne) (Entered: 03/16/2004) |
| 03/16/2004 | ❏32 | Joint Memorandum regarding Interim Status Conference as to Gary D. Carlow (Abaid, Kim) (Entered: 03/17/2004) |
| 03/16/2004 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Gary D. Carlow held on 3/16/2004; AUSA Pelgro and Attorney Rosencranz report current case status and request a final status conference for 5/13/04 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/18/2004) |
| 03/24/2004 | ❏42 | SUPERSEDING INDICTMENT as to Gary D. Carlow (1) count(s) 1s, 2s-6s, 7s, 8s, Dale R. Bernard (2) count(s) 1, 9-14. (Gawlik, Cathy) (Entered: 06/08/2004) |
| 04/22/2004 | ❏33 | MOTION for Discovery as to Gary D. Carlow. (Rosencranz, James) Additional attachment(s) added on 4/23/2004 (Abaid, Kim). (Entered: 04/22/2004) |
| 04/23/2004 | ❏ | Notice of correction to docket made by Court staff. Correction: Document 33, Motion for Discovery corrected because: Updated the document with new document containing signature of Atty Jamie Rosencranz as to Gary Carlow. (Abaid, Kim) (Entered: 04/23/2004) |
| 04/23/2004 | ❏34 | MOTION for Discovery *CERTIFICATION PURSUANT TO LR 116.3(F)* as to Gary D. Carlow. (Rosencranz, James) (Entered: 04/23/2004) |
| 04/30/2004 | ❏35 | MOTION to Strike defendant's motion for discovery as to Gary D. Carlow by USA. (Abaid, Kim) (Entered: 05/03/2004) |
| 05/13/2004 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Motion Hearing re 33 MOTION for Discovery filed by Gary D. Carlow, Status Conference as to Gary D. Carlow held on 5/13/2004; AUSA Pelgro and Attorney Rosencranz for the dft.; USMJ Dein hears arguments and makes rulings; the parties report current case status; USMJ Dein will issue report to the district court. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/14/2004) |

| 05/13/2004 | ●36 | Judge Judith G. Dein : ORDER entered granting in part and denying in part 33 Motion for Discovery as to Gary D. Carlow (1); denying 35 Motion to Strike as to Gary D. Carlow (1) (Quinn, Thomas) (Entered: 05/14/2004) |
| 05/13/2004 | ●37 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Gary D. Carlow (Quinn, Thomas) (Entered: 05/14/2004) |
| 05/13/2004 | ●38 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Gary D. Carlow Time excluded from 5/13/04 until 7/19/04. (Quinn, Thomas) (Entered: 05/14/2004) |
| 05/13/2004 | ●39 | MOTION to Seal as to Gary D. Carlow by USA. (Abaid, Kim) (Entered: 05/17/2004) |
| 05/13/2004 | ●40 | SEALED MOTION as to Gary D. Carlow by USA. (Abaid, Kim) (Entered: 05/17/2004) |
| 06/03/2004 | ●41 | MOTION to Unseal Superseding Indictment as to Gary D. Carlow by USA. (Gawlik, Cathy) (Entered: 06/08/2004) |
| 06/03/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Initial Appearance as to Dale R. Bernard held on 6/3/2004; AUSA Peabody; Dft appears without counsel and requests counsel; USMJ Swartwood will appoint counsel; Govt. moves for detention and requests continuance; Arraignment and detention hearing is set for 6/8/04 @ 11:30am. before USMJ Dein courtroom #15. Dft is remanded to the custody of the US Marshal. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/08/2004) |
| 06/08/2004 | ● | Judge Charles B. Swartwood : ORDER entered granting 41 Motion to Unseal Document as to Gary D. Carlow (1) (Gawlik, Cathy) (Entered: 06/08/2004) |
| 06/08/2004 | ● | Judge Joseph L. Tauro : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial re Superseding Indictment as to Gary D. Carlow, Dale R. Bernard (Gawlik, Cathy) (Entered: 06/08/2004) |
| 06/08/2004 | ● | Attorney update in case as to Dale R. Bernard. Attorney Jeffrey A. Denner for Dale R. Bernard added. (Quinn, Thomas) (Entered: 06/08/2004) |
| 06/08/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge |

|  |  |  |
|---|---|---|
|  |  | Judith G. Dein :Arraignment as to Dale R. Bernard (2) Count 1,9-14 held on 6/8/2004; AUSA Pelgro and Attorney Denner and Bailey for the Dft.; Dft pleads not guilty and will proceed with automatic discovery. 1st status conference is set for 7/20/04 @ 10:30am.; Dft seeks continuance of detention hearing until June 21, 2004 @ 2:30pm. Dft shall remain in Temp. Detention pending hearing. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/08/2004) |
| 06/08/2004 | 43 | Judge Judith G. Dein : ORDER entered SCHEDULING ORDER as to Dale R. Bernard Status Conference set for 7/20/2004 10:30 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 06/09/2004) |
| 06/08/2004 | 44 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Dale R. Bernard Time excluded from 6/8/04 until 7/6/04. (Quinn, Thomas) (Entered: 06/09/2004) |
| 06/08/2004 | 45 | AFFIDAVIT of Michael P. Cashman by USA as to Dale R. Bernard (Abaid, Kim) (Entered: 06/10/2004) |
| 06/10/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Gary D. Carlow (1) Count 1s,2s-6s,7s,8s held on 6/10/2004; AUSA Pelgro and Attorney Rosencrantz for the dft.; Dft. pleads not guilty and counsel informs USMJ Dein no further discovery is required. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/10/2004) |
| 06/21/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing as to Dale R. Bernard continued on 6/21/2004; AUSA Pelgro and Attorney Bailey for dft.; Dft seeks further continuance until 6/28/04 @ 10:00am. Dft. shall remain in temp. detention pending hearing. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/22/2004) |
| 06/21/2004 | ● | Attorney update in case as to Dale R. Bernard. Attorney R. Bradford Bailey for Dale R. Bernard added. (Quinn, Thomas) (Entered: 06/22/2004) |
| 06/28/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing as to Dale R. Bernard held on 6/28/2004; AUSA Pelgro and Attorney Denner and Bailey for the dft.; the govt. reports the parties have agreed the dft. shall be complete inpatient drug treatment program and return for further conditions. (Court Reporter D.R..) (Quinn, Thomas) |

| | | (Entered: 06/28/2004) |
|---|---|---|
| 06/28/2004 | ❷46 | Judge Judith G. Dein : ORDER entered ORDER Setting Conditions of Release for Drug Treatment (Quinn, Thomas) (Entered: 06/28/2004) |
| 07/18/2004 | ❷47 | Assented to MOTION to Continue to On or after 8/9/04 to Initial Status Conference as to Dale R. Bernard by USA. (Pelgro, Michael) (Entered: 07/18/2004) |
| 07/19/2004 | ❷ | Judge Judith G. Dein : Electronic ORDER entered granting 47 Motion to Continue as to Dale R. Bernard (2)Conference is reset for 8/24/04 @ 10:30am. (Quinn, Thomas) (Entered: 07/21/2004) |
| 07/19/2004 | ❷48 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Dale R. Bernard Time excluded from 7/20/04 until 8/24/04. (Quinn, Thomas) (Entered: 07/21/2004) |
| 07/21/2004 | ❷ | Judge Judith G. Dein : Electronic ORDER entered granting [39] Motion to Seal as to Gary D. Carlow (1); granting [40] Sealed Motion as to Gary D. Carlow (1) (Abaid, Kim) (Entered: 07/26/2004) |
| 07/23/2004 | ❷49 | Arrest Warrant Returned Executed on June 3, 2004 as to Dale R. Bernard. (Abaid, Kim) (Entered: 07/26/2004) |
| 08/23/2004 | ❷50 | NOTICE re automatic disclosure as to Dale R. Bernard (Pelgro, Michael) (Entered: 08/23/2004) |
| 08/24/2004 | ❷ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Dale R. Bernard continued on 8/24/2004; AUSA Tobin and Attorney Bailey for Dft.; Counsel make joint request to reset conference for 9/24/04 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 08/25/2004) |
| 08/24/2004 | ❷51 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Dale R. Bernard Time excluded from 8/24/04 until 9/24/04. (Quinn, Thomas) (Entered: 08/25/2004) |
| 09/24/2004 | ❷52 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Dale R. Bernard. Status Conference set for 11/9/2004 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 09/24/2004) |

| 09/24/2004 | ●53 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Dale R. Bernard. Time excluded from 9/24/04 until 11/9/04. (Dambrosio, Jolyne) (Entered: 09/24/2004) |
|---|---|---|
| 09/24/2004 | ●54 | JOINT MEMORANDUM re: Initial Status Conference by USA, Dale R. Bernard as to Dale R. Bernard (Abaid, Kim) (Entered: 09/27/2004) |
| 09/24/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Dale R. Bernard held on 9/24/2004; AUSA Pelgro and Attorney Bailey report case status. Next status conference is set for 11/9/04 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 09/28/2004) |
| 11/09/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Dale R. Bernard held on 11/9/2004; AUSA Rue and Attorney Bailey report case status; dft. is still in drug treatment program with completion target date of 11/25/04. Next status conference is set for 11/23/04 @ 2:45pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 11/09/2004) |
| 11/09/2004 | ●55 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Dale R. Bernard Status Conference set for 11/23/2004 02:45 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 11/10/2004) |
| 11/09/2004 | ●56 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Dale R. Bernard Time excluded from 11/9/04 until 11/23/04. (Quinn, Thomas) (Entered: 11/10/2004) |
| 11/22/2004 | ●57 | STATUS REPORT *Final* by USA as to Dale R. Bernard (Pelgro, Michael) (Entered: 11/22/2004) |
| 11/23/2004 | ●58 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Dale R. Bernard (Quinn, Thomas) (Entered: 11/24/2004) |
| 11/23/2004 | ●59 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Dale R. Bernard Time excluded from 11/23/04 until 1/14/05. (Quinn, Thomas) (Entered: 11/24/2004) |
| 11/24/2004 | ●60 | MOTION to Travel as to Dale R. Bernard . (Abaid, Kim) (Entered: 11/30/2004) |

| 12/03/2004 | ◕ | Judge Joseph L. Tauro : Electronic ORDER entered granting as moot 60 Motion to Travel as to Dale R. Bernard (2) (Abaid, Kim) (Entered: 12/06/2004) |
| 12/06/2004 | ◕ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Hearing as to Dale R. Bernard held on 12/6/2004; AUSA Rue, Pelgro and Attorney O'Mally for the dft.; USMJ Dein sets new conditions of release. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 12/06/2004) |
| 12/06/2004 | ◕61 | Judge Judith G. Dein : ORDER entered ORDER Setting Conditions of Release (Quinn, Thomas) (Entered: 12/08/2004) |
| 02/09/2005 | ◕ | NOTICE by The Court of Rule 11 Hearing on February 22, 2005 at 11:30 a.m.re: Gary D. Carlow, Dale R. Bernard. (Lovett, Zita) (Entered: 02/09/2005) |
| 03/15/2005 | ◕62 | MOTION to Modify Conditions of Release *TO LIFT TRAVEL RESTRICTIONS AND CHANGE THE NATURE OF HIS RANDOM DRUG TESTING* as to Gary D. Carlow. (Rosencranz, James) (Entered: 03/15/2005) |
| 03/31/2005 | ◕ | Judge Judith G. Dein : Electronic ORDER entered granting 62 Motion to Modify Conditions of Release as to Gary D. Carlow (1) (Quinn, Thomas) (Entered: 03/31/2005) |
| 05/05/2005 | ◕ | NOTICE by the COURT of a pre-trial conference/trial assignment or rule 11 hearing for May 19, 2005 at 12:00 p.m. as to: Gary D. Carlow, Dale R. Bernard. (Lovett, Zita) Modified on 5/6/2005 (Abaid, Kim). (Entered: 05/05/2005) |
| 05/10/2005 | ◕ | NOTICE by the COURT: the rule 11 hearing scheduled for May 19, 2005 is cancelled, it has been re-scheduled for May 25, 2005 at 10:30 a.m. as to Gary D. Carlow, Dale R. Bernard. (Lovett, Zita) (Entered: 05/10/2005) |
| 05/25/2005 | ◕63 | Assented to MOTION to Continue *Rule 11 Hearing* to 06/17/2005 to rule 11 hearing as to Gary D. Carlow. (Rosencranz, James) (Entered: 05/25/2005) |
| 06/06/2005 | ◕ | NOTICE by the COURT: a RULE 11 HEARING IS SCHEDULED FOR JUNE 16, 2005 AT 10:30 AM IN RE: Dale R. Bernard. (Lovett, Zita) (Entered: 06/06/2005) |
| 06/14/2005 | ◕ | Judge Joseph L. Tauro : Electronic ORDER entered granting 63 Motion to Continue as to Gary D. Carlow (1). The rule 11 hearing is re-scheduled for July 6, 2005 at 10:45 a.m. (Lovett. |

| | | Zita) (Entered: 06/14/2005) |
|---|---|---|
| 06/14/2005 | ✺64 | Letter (non-motion) regarding Scheduling as to Gary D. Carlow (Abaid, Kim) (Entered: 06/15/2005) |
| 06/15/2005 | ✺65 | Assented to MOTION for Order *Permitting Pre-Plea Investigation Report* as to Dale R. Bernard. (Bailey, R.) (Entered: 06/15/2005) |
| 06/16/2005 | ✺66 | NOTICE OF ATTORNEY APPEARANCE: Daniel W. O'Malley appearing for Dale R. Bernard (Abaid, Kim) (Entered: 06/22/2005) |
| 06/16/2005 | ✺67 | NOTICE OF ATTORNEY APPEARANCE: Gary G. Pelletier appearing for Dale R. Bernard (Abaid, Kim) (Entered: 06/22/2005) |
| 06/23/2005 | ✺ | Motions terminated as to Dale R. Bernard: 65 Assented to MOTION for Order *Permitting Pre-Plea Investigation Report* filed by Dale R. Bernard,. MOOT. (Abaid, Kim) (Entered: 06/23/2005) |
| 07/01/2005 | ✺ | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Change of Plea Hearing as to Dale R. Bernard held on JUNE 16, 2005. COURT ACCEPTS AND ENTERS PLEA. DISPOSITION SET FOR SEPT. 15, 2005 AT 2:15 p.m.(Court Reporter CAROL SCOTT.) (Lovett, Zita) Modified on 7/11/2005 (Abaid, Kim). (Entered: 07/01/2005) |
| 08/10/2005 | ✺ | NOTICE by the COURT; re-confirming that a rule 11 hearing is scheduled for August 11, 2005 at 11:30 a.m. as to Gary D. Carlow. (Lovett, Zita) (Entered: 08/10/2005) |
| 08/11/2005 | ✺ | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Change of Plea Hearing on Counts 1 thru 8 as to Gary D. Carlow held on 8/11/2005. Defendant enters plea of GUILTY on all counts. Disposition set for October 19, 2005 at 2:15 p.m. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 08/11/2005) |
| 08/17/2005 | ✺68 | NOTICE OF ATTORNEY APPEARANCE Nancy Rue appearing for USA. (Rue, Nancy) (Entered: 08/17/2005) |
| 09/13/2005 | ✺ | NOTICE by the COURT: the disposition set for September 15, 2005 is cancelled, it is re-scheduled for September 27, 2005 at 11:30 a.m. as to Dale R. Bernard (Lovett, Zita) (Entered: 09/13/2005) |

| | | |
|---|---|---|
| 09/26/2005 | ❏69 | SEALED MOTION as to Dale R. Bernardby USA. (Abaid, Kim) (Entered: 09/26/2005) |
| 09/26/2005 | ❏ | Judge Joseph L. Tauro : ElectronicORDER entered granting [69] Sealed Motion as to Dale R. Bernard (2) (Lovett, Zita) (Entered: 09/26/2005) |
| 10/18/2005 | ❏ | NOTICE by the COURT: DISPOSITION is set for November 10, 2005 at 10:00 a.m. as to Gary D. Carlow, as to Dale R. Bernard. (Lovett, Zita) (Entered: 10/18/2005) |
| 11/04/2005 | ❏70 | SEALED MOTION as to Dale R. Bernard. (Abaid, Kim) (Entered: 11/08/2005) |
| 11/04/2005 | ❏71 | SEALED MOTION as to Dale R. Bernard. (Abaid, Kim) (Entered: 11/08/2005) |
| 11/08/2005 | ❏ | NOTICE OF RESCHEDULING as to Gary D. Carlow, Dale R. Bernard Sentencing set for 1/4/2006 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 11/08/2005) |
| 11/22/2005 | ❏ | Judge Joseph L. Tauro : Electronic ORDER entered granting [70] Sealed Motion as to Dale R. Bernard (2); finding as moot [71] Sealed Motion as to Dale R. Bernard (2) (Abaid, Kim) (Entered: 11/22/2005) |
| 12/06/2005 | ❏72 | TRANSCRIPT of Change of Plea as to Gary D. Carlow held on August 11, 2005 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/07/2005) |
| 12/27/2005 | ❏ | NOTICE OF Cancellation as to Gary D. Carlow, Dale R. Bernard. The sentencing scheduled for 1/4/06 has been cancelled. It will be rescheduled in the near future. (Abaid, Kim) (Entered: 12/27/2005) |
| 03/15/2006 | ❏ | ELECTRONICNOTICE OF HEARING as to Gary D. Carlow, Dale R. Bernard Sentencing set for 3/28/2006 10:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 03/15/2006) |
| 03/26/2006 | ❏73 | Assented to MOTION to Continue *Sentencing Hearing* to April 28, 2006 or some other date convenient to the court as to Dale R. Bernard. (Pelletier, Gary) (Entered: 03/26/2006) |

| 03/27/2006 | ❑ | ELECTRONICNOTICE OF RESCHEDULING as to Gary D. Carlow Sentencing set for 4/13/2006 10:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 03/27/2006) |
| 03/27/2006 | ❑ | Judge Joseph L. Tauro : Electronic ORDER entered granting 73 Motion to Continue as to Dale R. Bernard (2) Sentencing set for 4/27/2006 10:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 03/27/2006) |
| 04/13/2006 | ❑74 | SEALED MOTION to Seal as to Gary D. Carlowby USA. (Abaid, Kim) (Entered: 04/13/2006) |
| 04/13/2006 | ❑75 | SEALED MOTION as to Gary D. Carlowby USA. (Abaid, Kim) (Entered: 04/13/2006) |
| 04/14/2006 | ❑ | ELECTRONICNOTICE OF RESCHEDULING as to Gary D. CarlowSentencing set for 5/11/2006 02:15 PM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 04/14/2006) |
| 04/26/2006 | ❑ | NOTICE OF RESCHEDULING as to Dale R. Bernard Sentencing set for 4/27/2006 02:00 PM in Courtroom 20 before Judge Joseph L. Tauro. *** PLEASE NOTE THIS IS A TIME CHANGE ONLY ***(Abaid, Kim) (Entered: 04/26/2006) |
| 04/26/2006 | ❑76 | MOTION for Protective Order as to Dale R. Bernard. (Pelletier, Gary) (Entered: 04/26/2006) |
| 04/27/2006 | ❑ | Judge Joseph L. Tauro : Electronic ORDER entered granting 76 Motion for Protective Order as to Dale R. Bernard (2) (Lovett, Zita) (Entered: 04/27/2006) |
| 04/27/2006 | ❑77 | Judge Joseph L. Tauro : ORDER entered. ENDORSEMENT as to Dale R. Bernard re: 76 Motion for Protective Order. (Abaid, Kim) (Entered: 05/01/2006) |
| 04/27/2006 | ❑78 | MOTION to Seal as to Dale R. Bernard. (Abaid, Kim) (Entered: 05/01/2006) |
| 04/27/2006 | ❑ | Judge Joseph L. Tauro : Electronic ORDER entered granting 78 Motion to Seal as to Dale R. Bernard (2) (Abaid, Kim) (Entered: 05/01/2006) |
| 04/27/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Sentencing held on 4/27/2006 for Dale R. Bernard (2), Count(s) 1, and Count(s) 9-14, The defendant is |

to be imprisoned for a total term of 87 months. The court makes the following recommendations: (1) That the defendant serve this sentence in a facility in the Northeast Region. (2) That the defendant participate in the 500 hour drug treatment program. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 PM on 05/15/2006. Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years. The drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA as directed by the probation officer. The standard conditions of probation shall apply. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year, as directed by the US Probation Office. The defendant is to participate in a program for substance abuse counseling as directed by the US Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment. A special assessment fee of $700.00 is to be paid. (Court Reporter Carol L. Scott.) (Abaid, Kim) (Entered: 05/02/2006)

| 05/01/2006 | 80 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT and STATEMENT OF REASONS as to Dale R. Bernard (2), Count(s) 1, and Count(s) 9-14, The defendant is to be imprisoned for a total term of 87 months. The court makes the following recommendations: (1) That the defendant serve this sentence in a facility in the Northeast Region. (2) That the defendant participate in the 500 hour drug treatment program. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 PM on 05/15/2006. Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years. The drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. The defendant shall not possess a firearm. ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of |

| | | DNA as directed by the probation officer. The standard conditions of probation shall apply. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year, as directed by the US Probation Office. The defendant is to participate in a program for substance abuse counseling as directed by the US Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment. A special assessment fee of $700.00 is to be paid. (Abaid, Kim) (Entered: 05/02/2006) |
|---|---|---|
| 05/02/2006 | ●81 | NOTICE OF APPEAL by Dale R. Bernard Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/22/2006. (Pelletier, Gary) (Entered: 05/02/2006) |
| 05/09/2006 | ●82 | SEALED MOTION as to Gary D. Carlow. (Abaid, Kim) (Entered: 05/09/2006) |
| 05/09/2006 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting [82] Sealed Motion as to Gary D. Carlow (1) (Abaid, Kim) (Entered: 05/09/2006) |
| 05/09/2006 | ●85 | MOTION to Continue to June 16, 2006 to Report to Federal Custody as to Dale R. Bernard. (Pelletier, Gary) (Entered: 05/09/2006) |
| 05/09/2006 | ●86 | MEMORANDUM in Opposition by USA as to Dale R. Bernard re 85 MOTION to Continue to June 16, 2006 to Report to Federal Custody (Rue, Nancy) (Entered: 05/09/2006) |
| 05/10/2006 | ●87 | SEALED AFFIDAVIT as to Gary D. Carlow (Abaid, Kim) Additional attachment(s) added on 5/17/2006 (Abaid, Kim). Modified on 5/17/2006 (Abaid, Kim). (Entered: 05/10/2006) |
| 05/11/2006 | ● | Judge Joseph L. Tauro : Electronic ORDER entered denying 85 Motion to Continue as to Dale R. Bernard (2) (Lovett, Zita) (Entered: 05/11/2006) |

| | | |
|---|---|---|
| 05/11/2006 | ⦿88 | MOTION to Seal as to Gary D. Carlow. (Abaid, Kim) (Entered: 05/17/2006) |
| 05/11/2006 | ⦿ | Judge Joseph L. Tauro : Electronic ORDER entered granting 88 Motion to Seal as to Gary D. Carlow (1) (Abaid, Kim) (Entered: 05/17/2006) |
| 05/11/2006 | ⦿ | Judge Joseph L. Tauro : Electronic ORDER entered granting 74 Motion to Seal as to Gary D. Carlow (1) (Abaid, Kim) (Entered: 05/23/2006) |
| 05/11/2006 | ⦿ | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Sentencing held on 5/11/2006 for Gary D. Carlow (1), Count(s) 1s, 2s-6s, 7s, 8s, The defendant is to be imprisoned for a total term of a year and a day. The court recommends to the Bureau of Prisons that the sentence be served in a community confinement center. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 PM on July 10, 2006. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA as directed by the probation officer. The standard conditions of supervision shall apply. The defendant shall participate in a substance abuse treatment program as directed by the US Probation Office. A special assessment fee of $800.00 and a fine of $15,000.00 are to be paid. (Court Reporter Carol L. Scott.) (Abaid, Kim) (Entered: 05/25/2006) |
| 05/15/2006 | ⦿ | FILING FEE PAID $ 455.00 regarding 81 Notice of Appeal as to Dale R. Bernard (Abaid, Kim) (Entered: 05/15/2006) |
| 05/24/2006 | ⦿90 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT and STATEMENT OF REASONS as to Gary D. Carlow (1), Count(s) 1s, 2s-6s, 7s, 8s, The defendant is to be imprisoned for a total term of a year and a day. The court recommends to the Bureau of Prisons that the sentence be served in a community confinement center. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 PM on July 10, 2006. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the |

| | | collection of DNA as directed by the probation officer. The standard conditions of supervision shall apply. The defendant shall participate in a substance abuse treatment program as directed by the US Probation Office. A special assessment fee of $800.00 and a fine of $15,000.00 are to be paid as to Gary D. Carlow. (Abaid, Kim) (Entered: 05/25/2006) |