

U.S. Department of Justice

Federal Bureau of Prisons

*Office of the Warden*

*Federal Correctional Institution*
*Post Office Box 600*
*Otisville, New York 10963*

FILED
IN CLERKS OFFICE
2006 JUN 26  P 4: 39
U.S. DISTRICT COURT
DISTRICT OF MASS.

June 19, 2006

The Honorable Joseph L. Tauro
United States District Judge
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE:  BERNARD, Dale R.
     Register Number 25242-038
     Docket Number 1:03CR10333-02-JLT

Dear Judge Tauro:

On April 27, 2006, Mr. Dale R. Bernard was sentenced in your district to a 87 month term for Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Distribution of Methamphetamine. He is currently confined at the Federal Correctional Institution (FCI), Otisville Satellite Camp, Otisville, New York, for service of his sentence. He has a projected release date of August 10, 2012, via Good Conduct Time. At the time of sentencing, you recommended he be placed in the 500-Hour Residential Drug Treatment Program and serve his sentence in a facility in the Northeast Region.

Residential Drug Abuse Treatment is a course of individual and group activities provided by a team of drug abuse treatment specialists and a drug abuse treatment coordinator, in a treatment unit apart from the general population, lasting a minimum of 500 hours over a six to twelve month period. The principle goal of treatment is to equip the individual with cognitive, emotional and behavioral skills necessary to choose and maintain a drug-free and crime-free lifestyle.

Mr. Bernard will be reviewed by the Drug Abuse Program Coordinator within 36 months of his release date to determine if he meets the requirements for the recommended program. If eligible, a referral will be made to transfer him to an institution which offers the program. However, Mr. Bernard may participate in other nonresidential drug abuse programs offered at this facility.

I appreciate your recommendation regarding Mr. Bernard's placement in the 500-Hour Drug Treatment Program. If you require additional assistance, please do not hesitate to contact me.

Sincerely,

Craig Apker
Warden