UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )  | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Crim. No. 03-10333-JLT |
| v. | ) | |
| | ) | |
| DALE BERNARD | ) | |
| | ) | |

## GOVERNMENT'S MOTION TO SEAL

The government respectfully moves that the transcript of defendant's sentencing be sealed. As grounds therefor, the government notes that certain matters were addressed at sidebar that should not be made public. Accordingly, the government respectfully requests that the Court seal this transcript.

Dated: August 23, 2006                Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                            By:   /s/ Nancy Rue
                                  Nancy Rue
                                  Assistant U.S. Attorney
                                  U. S. Attorney's Office
                                  9200 J. Jos. Moakley U.S. Courthouse
                                  1 Courthouse Way, Suite 9200
                                  Boston, MA  02210
                                  (617) 748-3260

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                 /s/ Nancy Rue
                                                 Nancy Rue
                                                 Assistant United States Attorney

Date:   August 23, 2006